# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DEATRICE BARNES,

      Plaintiff,

v.            Case No. 8:24-cv-1819-JRK

LELAND C. DUDEK,
Acting Commissioner of Social
Security, [1]

      Defendant.
_____/

## O R D E R

This cause is before the Court on the Parties' Motion for Remand (Doc. No. 18; "Motion"), filed March 3, 2025, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. The Parties' Motion for Remand (Doc. No. 18) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

---

[1] Leland C. Dudek became the Acting Commissioner of Social Security in February 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Dudek is substituted as Defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

>   On remand, the case will be assigned to an administrative law judge who will offer [P]laintiff the opportunity for a hearing and issue a new decision. When determining whether medical improvement has occurred, the ALJ should compare [P]laintiff's current medical evidence with the medical evidence underlying the September 19, 2013 ALJ decision

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on April 1, 2025.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record

2